No. 73–1356. ROSE, WARDEN *v.* MORELOCK. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 73–963. DRAVO CORP. ET AL. *v.* ILLINOIS ET AL. App. Ct. Ill., 5th Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. ▮

No. 73–1063. HANNERS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. ▮

No. 73–5945. JOHNSON, AKA THOMAS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. ▮

No. 73–6144. WILLIAMS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. ▮

No. 73–1109. CANALES ET AL. *v.* CITY OF ALVISO ET AL. Ct. App. Cal., 1st App. Dist. Motion of Alviso Ad Hoc Committee for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 73–1191. HOURIHAN *v.* DAKIN ET AL. C. A. 1st Cir. Petition for writ of certiorari denied as untimely filed. 28 U. S. C. § 2101 (c).

No. 73–1261. ALBRIGHT, ADMINISTRATOR *v.* R. J. REYNOLDS TOBACCO CO. C. A. 3d Cir. Motion to substitute Charles M. Albright in place of Mary Albright, Administratrix of Estate of Charles Albright, as party petitioner granted. Certiorari denied. ▮